| | |
|---|---|
| 1 | **SAO** |
| 2 | RICHARD A. HARRIS, ESQ.<br>Nevada Bar No. 505 |
| 3 | GARNET E. BEAL, ESQ.<br>Nevada Bar No. 12693 |
| 5 | **RICHARD HARRIS LAW FIRM** |
| 6 | 801 South Fourth Street<br>Las Vegas, Nevada 89101 |
| 7 | Phone: (702) 444-4444 |
| 8 | Fax: (702) 444-4455<br>E-Mail: garnet@RichardHarrisLaw.com |
| 9 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RYAN SCHMALL, individually, | ) | |
| | ) | CASE NO. 2:16-cv-00073-RCJ-CWH |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND MOTION TO STAY** |
| | ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, dba GEICO.; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff, RYAN SCHMALL, by and through his attorney, Garnet E. Beal, Esq., of the Richard Harris Law Firm and Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY by and through their attorney, Wade M. Hansard, Esq., of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP hereby stipulate to an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss and Motion to Stay through February 19, 2016.

///

///

The parties further stipulate to an extension of time for Defendants to file their reply through February 29, 2016.

Dated this 12th day of February, 2016.                    Dated this 12th day of February, 2016.

RICHARD HARRIS LAW FIRM                                   McCORMICK, BARSTOW, SHEPPARD,
                                                          WAYTE & CARRUTH, LLP

     /s/ Garnet E. Beal, Esq.                                   /s/ Wade M. Hansard, Esq.
By: _____                        By: _____
       Garnet E. Beal, Esq.                                      Wade M. Hansard, Esq.
       Nevada Bar No. 12693                                      Nevada Bar No. 8104
       801 South Fourth Street                                   8337 W. Sunset Rd. Suite 350
       Las Vegas, NV 89101                                       Las Vegas, NV 89113
       *Attorneys for Plaintiff*                                 *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

     DATED this 24th day of February, 2016.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**RICHARD HARRIS LAW FIRM**

*/s/ Garnet E. Beal, Esq.*
_____
 Garnet E. Beal, Esq.
 Nevada Bar No. 12693
 801 South Fourth Street
 Las Vegas, NV 89101
 *Attorneys for Plaintiff*