# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| RYAN SCHMALL, | Case No. 2:16-cv-00073-RCJ-CWH |
|---|---|
| Plaintiff, | |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al., | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's notice (ECF No. 28) of an Fed. R. Civ. P. 26(f) conference between the parties, filed on September 19, 2016.  Under Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the court.  No such order has been issued in this case.

IT IS THEREFORE ORDERED that the Clerk must STRIKE Plaintiff's notice (ECF No. 28).

DATED: September 21, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge